# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MICHAEL W. TKACS | ) | |
| and TABITHA L. TKACS, | ) | |
| Debtors | ) | CASE NO.: 15-14981-ELF |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | **HEARING DATE**: |
| A DIVISION OF CAPITAL ONE N.A. | ) | Tuesday, February 28, 2017 |
| Movant | ) | 9:30 a.m. |
| | ) | |
| vs. | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| MICHAEL W. TKACS | ) | Eastern District of Pennsylvania |
| and TABITHA L. TKACS | ) | Courtroom #1 |
| Respondents | ) | 900 Market Street |
| And | ) | Philadelphia, PA 19107 |
| WILLIAM C. MILLER | ) | |
| Trustee | ) | |

## ORDER

AND NOW, this **28th day of February 2017,** based upon the Motion submitted and it is hereby **ORDERED** that the Motion is **GRANTED**. The automatic stay is lifted to permit the Movant to proceed and continue with an action in vehicle possession

(2011 FORD TRUCK Edge-V6 Wagon 4D SEL 2WD, V.I.N. 2FMDK3JC5BBA97831) and ito levy and sell the vehicle at issue and to pursue its in rem remedies under state law in connection with the loan documents.

It is further **ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Please send copies to:

Michael W. Tkacs
Tabitha L. Tkacs
197 Seminole Avenue
Norwood, PA 19074

Stephen Matthew Dunne, Esq.
Dunne Law Office, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

William C. Miller, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107