United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 15-14981-elf
Michael W. Tkacs                                                            Chapter 13
Tabitha L Tkacs
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Denine              Page 1 of 1             Date Rcvd: Feb 28, 2017
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2017.
db/jdb         +Michael W. Tkacs,    Tabitha L Tkacs,   197 Seminole Avenue,   Norwood, PA 19074-1128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2017 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pingora Loan Servicing Inc bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              STEPHEN MATTHEW DUNNE    on behalf of Joint Debtor Tabitha L Tkacs bestcasestephen@gmail.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Michael W. Tkacs bestcasestephen@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    Pingora Loan Servicing Inc tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Mariner Finance mortonlaw.bcraig@verizon.net,
               mhazlett@mortoncraig.com
                                                                                               TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MICHAEL W. TKACS | ) | |
| and TABITHA L. TKACS, | ) | |
| Debtors | ) | CASE NO.: 15-14981-ELF |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | **HEARING DATE**: |
| A DIVISION OF CAPITAL ONE N.A. | ) | Tuesday, February 28, 2017 |
| Movant | ) | 9:30 a.m. |
| | ) | |
| vs. | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| MICHAEL W. TKACS | ) | Eastern District of Pennsylvania |
| and TABITHA L. TKACS | ) | Courtroom #1 |
| Respondents | ) | 900 Market Street |
| And | ) | Philadelphia, PA 19107 |
| WILLIAM C. MILLER | ) | |
| Trustee | ) | |

**ORDER**

AND NOW, this **28th day of February 2017,** based upon the Motion submitted and it is hereby **ORDERED** that the Motion is **GRANTED**. The automatic stay is lifted to permit the Movant to proceed and continue with an action in vehicle possession

(2011 FORD TRUCK Edge-V6 Wagon 4D SEL 2WD, V.I.N. 2FMDK3JC5BBA97831) and ito levy and sell the vehicle at issue and to pursue its in rem remedies under state law in connection with the loan documents.

It is further **ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Please send copies to:

Michael W. Tkacs
Tabitha L. Tkacs
197 Seminole Avenue
Norwood, PA 19074

Stephen Matthew Dunne, Esq.
Dunne Law Office, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

William C. Miller, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107