IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Tabitha L. Tkacs | : | |
| Michael W. Tkacs | : | |
| Debtors | : | |
| | : | CHAPTER 13 |
| Pingora Loan Servicing, Inc. | : | |
| Movant | : | Case No. 15-14981-ELF |
| v. | : | Hearing Date: 01-30-2018 at 9:30 am |
| | : | |
| Tabitha L. Tkacs | : | 11 U.S.C. 362 |
| Michael W. Tkacs | : | |
| Respondent | : | |
| | : | |
| William C. Miller, Esq. | : | |
| Trustee | : | |
| | : | |

**ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

And now Tabitha L. Tkacs and Michael W. Tkacs, by their attorney, Stephen M. Dunne, Esquire answers the request for relief from the automatic stay and avers as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied.
7. Denied.
8. Denied.
9. Denied.
10. Denied.
11. Denied.

WHEREFORE, debtor requests that the motion for relief from the automatic stay be denied.

Respectfully submitted,

Stephen M. Dunne, Esquire
/s/ Stephen M. Dunne
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-551-7109 (O)