United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-14981-elf
Michael W. Tkacs                                                                Chapter 13
Tabitha L Tkacs
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Apr 03, 2019
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
13583451       +Pingora Loan Servicing LLC,    Cenlar FSB,   425 Phillips Blvd,    Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pingora Loan Servicing Inc bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pingora Loan Servicing Inc bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pingora Loan Servicing Inc bkgroup@kmllawgroup.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Michael W. Tkacs bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              STEPHEN MATTHEW DUNNE    on behalf of Joint Debtor Tabitha L Tkacs bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    Pingora Loan Servicing Inc tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Mariner Finance ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-14981-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Michael W. Tkacs<br>197 Seminole Avenue<br>Norwood PA 19074 | Tabitha L Tkacs<br>197 Seminole Avenue<br>Norwood PA 19074 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/01/2019.

Name and Address of Alleged Transferor(s):

Claim No. 11: Pingora Loan Servicing LLC, Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618

Name and Address of Transferee:

FLAGSTAR BANK, FSB as Servicer for
Pingora Loan Servicing Inc.
P. O. Box 660263
Dallas, TX 75299

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/05/19

Tim McGrath
**CLERK OF THE COURT**