# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-14981-ELF

MICHAEL W. TKACS
TABITHA L. TKACS
197 SEMINOLE AVENUE

NORWOOD, PA 19074

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MICHAEL W. TKACS
    TABITHA L. TKACS
    197 SEMINOLE AVENUE

    NORWOOD, PA 19074

Counsel for debtor(s), by electronic notice only.

    STEPHEN MATTHEW DUNNE
    1515 MARKET ST
    SUITE 1200
    PHILA, PA 19102-

                                  /S/ William C. Miller

Date: 9/3/2019                      _____

                                William C. Miller, Esquire
                                Chapter 13 Standing Trustee