United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael W. Tkacs
Tabitha L Tkacs
    Debtors

Case No. 15-14981-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: dlv      Page 1 of 4      Date Rcvd: Oct 09, 2019
                     Form ID: pdf900      Total Noticed: 114

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2019.

```
db           #+Michael W. Tkacs,   197 Seminole Avenue,   Norwood, PA 19074-1128
jdb           +Tabitha L Tkacs,   197 Seminole Avenue,   Norwood, PA 19074-1128
13562192      +ASP,   1489 Baltimore Pike, Suite 250,   Springfield, PA 19064-3974
13562181      +Allied Interstate,   435 Ford Road, Suite 800,   Minneapolis, MN 55426-1066
13562183     #+Allied Interstate LLC,   7525 West Campus Road,   New Albany, OH 43054-1121
13562182     #+Allied Interstate LLC,   PO BOX 361445,   Columbus, OH 43236-1445
13562189      +Ar Resources Inc,   Pob 1056,   Blue Bell, PA 19422-0287
13562190      +Ars /Account Resolution Services,   1801 Nw 66th Ave,   Fort Lauderdal, FL 33313-4571
13562194      +Balanced Healthcare Receiveables, LLC,   164 Burke Street,   Suite 201,   Nashua, NH 03060-4783
13562195      +Berman & Rabin, P.A.,   15280 Metcalf Avenue,   Overland Park, KS 66223-2811
13562200       Capital Collection Svc,   300 N Route 73,   West Berlin, NJ 08091
13562202      +Capital Health Clincial Cardiology,   PO BOX 8500,   Philadelphia, PA 19178-8500
13562213      +Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
13562214       Cci,   Contract Callers I,   Augusta, GA 30901
13562215      +Ccs/cortrust Bank,   500 E 60th St N,   Sioux Falls, SD 57104-0478
13562216      +Cenlar,   PO BOX 77404,   Trenton, NJ 08628-6404
13562219      +City Of Trenton Credit,   319 E State St,   Trenton, NJ 08608-1809
13562221      +Coll & Recoveries Plea,   331 Tilton Rd,   Northfield, NJ 08225-1201
13562225      +Crozer/Taylor/Springfield,   Lockbox 8741,   PO BOX 8500,   Philadelphia, PA 19178-8500
13562227      +Delaware County Sheriff's Office,   201 West Front Street,   Media, PA 19063-2708
13562232      +Eastern Account System INC.,   Attn: Bankruptcy Dept.,   Po Box 837,   Newtown, CT 06470-0837
13562238      +Emergency Medical Associates,   PO BOX 5333,   Parsippany, NJ 07054-6333
13562239      +Equifax,   PO BOX 740241,   Atlanta, GA 30374-0241
13562240      +Equity One,   400 Lippincott Dri,   Marlton, NJ 08053-4161
13562241      +Experian,   PO BOX 2002,   Allen, TX 75013-2002
14300074      +FLAGSTAR BANK, FSB as Servicer for,   Pingora Loan Servicing Inc.,   P. O. Box 660263,
                Dallas, TX 75266-0263
13562242      +First Bk Of De/contine,   1608 Walnut Street,   Philadelphia, PA 19103-5457
13562243      +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13562245      +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
13562247      +Firstsource,   Firstsource Advantage, LLC,   205 Bryant Woods South,   Buffalo, NY 14228-3609
13562248      +Five Star Home Foods Inc.,   234 Mall Blvd, Suite 140,   King of Prussia, PA 19406-2954
13562249      +Fst Premier,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
13562254      +Hsbc Bank,   Po Box 9,   Buffalo, NY 14240-0009
13562256      +IC System,   Po Box 64378,   Saint Paul, MN 55164-0378
13562255      +IC System,   Attn: Bankruptcy,   444 Highway 96 East; Po Box 64378,   St. Paul, MN 55164-0378
13579151       Immaculata University,   PO Box 631,   Immaculata PA 19345
13562258      +KML Law Group, P.C.,   BNY Mellon Independence Center,   Suite 5000,   701 Market Street,
                Philadelphia, PA 19106-1541
13582364      +MARINER FINANCE, LLC,   8211 TOWN CENTER DRIVE,   NOTTINGHAM, MD 21236-5904
13562262     #+Mariner Finance,   PO BOX 35394,   Dundalk, MD 21222-7394
13562259     #+Mariner Finance,   2465 South Broad Street, Unit F-6,   Trenton, NJ 08610-4700
13562263      +Michael T. McKeever, Esq.,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13596465      +Midland Credit Management, Inc. as agent for,   Midland Funding LLC,   PO Box 2011,
                Warren, MI 48090-2011
13583451      +Pingora Loan Servicing LLC,   Cenlar FSB,   425 Phillips Blvd,   Ewing, NJ 08618-1430
13562269      +Pingora Loan Servicing, LLC,   425 Phillips Blvd,   Trenton, NJ 08618-1430
13562274      +Providence Ear Nose Throat,   2112 Providence Avenue,   Chester, PA 19013-5507
13562275      +Quality Asset Recovery,   7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
13562277      +Santander Consumer Usa,   Po Box 961245,   Ft Worth, TX 76161-0244
13562279      +Suburban Pulmonary Medicine,   1 Bartol Avenue, Suite 14,   Ridley Park, PA 19078-2290
13562281       The Saltz Dental Center,   616 Avenue of the States,   Norwood, PA 19074
13562282       TransUnion,   PO BOX 1000,   Crum Lynne, PA 19022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov Oct 10 2019 03:20:05    City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 10 2019 03:19:48
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 10 2019 03:19:59    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 10 2019 03:28:56
                Capital One Auto Finance,   P.O. Box 201347,   Arlington, TX 76006-1347
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 10 2019 03:28:55
                Capital One Auto Finance c/o AIS Portfolio Service,   P.O. BOX 4360,   Houston, TX  77210-4360
13648377      +E-mail/Text: g20956@att.com Oct 10 2019 03:20:08    AT&T Mobility II LLC,
                %AT&T SERVICES INC.,   KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ. 07921-2693
13562185      +E-mail/PDF: cbp@onemainfinancial.com Oct 10 2019 03:28:07
                American General Financial/Springleaf Fi,   Springleaf Financial/Attn: Bankruptcy De,
                Po Box 3251,   Evansville, IN 47731-3251
```

```
District/off: 0313-2          User: dlv                   Page 2 of 4                   Date Rcvd: Oct 09, 2019
                              Form ID: pdf900             Total Noticed: 114


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13562187      +E-mail/PDF: cbp@onemainfinancial.com Oct 10 2019 03:28:04
               American General Financial/Springleaf Fi,    Po Box 4276,    Hamilton Towns, NJ 08610-0276
13565173      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 10 2019 03:28:16      Ascension Capital Group,
               Attn: Capital One Auto Finance,    a division of Capital One, NA Dept.,    P.O. Box 201347,
               Arlington, TX 76006-1347
13562193      +E-mail/Text: aleasure@autotrakk.com Oct 10 2019 03:20:11      Autotrakk Llc,
               1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
13562206       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 10 2019 03:28:55      Capital One,
               15000 Capital One Dr,    Richmond, VA 23238
13562224       E-mail/Text: bankruptcy@cunj.org Oct 10 2019 03:19:43      Credit Union Of NJ,    Po Box 7921,
               Ewing, NJ 08628
13572577       E-mail/Text: bankruptcy@cunj.org Oct 10 2019 03:19:43      Credit Union of New Jersey,
               1301 Parkway Avenue,   Ewing, NJ  08628
13562196      +E-mail/Text: bankruptcy@cavps.com Oct 10 2019 03:19:56      Calvary Portfolio Services,
               Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
13562197      +E-mail/Text: bankruptcy@cavps.com Oct 10 2019 03:19:57      Calvary Portfolio Services,
               Po Box 27288,   Tempe, AZ 85285-7288
13562198      +E-mail/Text: bankruptcy@usecapital.com Oct 10 2019 03:20:14      Capital Accounts,
               Po Box 140065,   Nashville, TN 37214-0065
13562201       E-mail/Text: clientrep@capitalcollects.com Oct 10 2019 03:20:13      Capital Collection Svc,
               Po Box 150,   West Berlin, NJ 08091
13562205      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 10 2019 03:29:37      Capital One,
               Po Box 5253,   Carol Stream, IL 60197-5253
13562207      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 10 2019 03:28:17      Capital One,
               PO BOX 71083,   Charlotte, NC 28272-1083
13562203      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 10 2019 03:29:37      Capital One,
               Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
13562212      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 10 2019 03:28:17
               Capital One Auto Finance,    PO BOX 260848,    Plano, TX 75026-0848
13562210      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 10 2019 03:28:17
               Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
13562209      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 10 2019 03:28:17
               Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
13562211      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 10 2019 03:28:17
               Capital One Auto Finance,    PO BOX 60511,    City of Industry, CA 91716-0511
13564461      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 10 2019 03:28:16
               Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
               Arlington, TX 76006-1347
14081113      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 10 2019 03:28:55
               Capital One Auto Finance, c/o AIS Portfolio Servic,    4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
13582182      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 10 2019 03:28:55
               Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
               Arlington, TX 76006-1347
13574270       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 10 2019 03:28:56
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13598255      +E-mail/Text: bankruptcy@cavps.com Oct 10 2019 03:19:57      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13562217      +E-mail/Text: kzoepfel@credit-control.com Oct 10 2019 03:19:53      Central Loan Admin,
               425 Phillips Blvd,   Ewing, NJ 08618-1430
13562218      +E-mail/Text: kzoepfel@credit-control.com Oct 10 2019 03:19:53      Central Loan Administration,
               425 Phillips Blvds,   Trenton, NJ 08618-1430
13562223      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 10 2019 03:28:13      Credit One Bank,
               Po Box 98872,   Las Vegas, NV 89193-8872
13562222      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 10 2019 03:28:14      Credit One Bank,
               Po Box 98873,   Las Vegas, NV 89193-8873
13562226      +E-mail/Text: duffyk@co.delaware.pa.us Oct 10 2019 03:20:08      Delaware County Courthouse,
               201 West Front Street,    Media, PA 19063-2797
13562228      +E-mail/Text: legal@delta.org Oct 10 2019 03:19:59      Delta Dental,    One Delta Drive,
               Mechanicsburg, PA 17055-6999
13562229      +E-mail/Text: electronicbkydocs@nelnet.net Oct 10 2019 03:19:54      Dept Of Education/neln,
               121 S 13th St,   Lincoln, NE 68508-1904
13562231      +E-mail/Text: collections@drexel.edu Oct 10 2019 03:19:43      Drexel University,
               3141 Chestnut Street,   Philadelphia, PA 19104-2875
13562251      +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2019 03:28:06      GECRB/JC Penny,
               4125 Windward Plaza,   Alpharetta, GA 30005-8738
13562250      +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2019 03:29:23      GECRB/JC Penny,
               Attention: Bankruptcy,   Po Box 103104,    Roswell, GA 30076-9104
13562252      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 10 2019 03:19:41      Gm Financial,
               Po Box 181145,   Arlington, TX 76096-1145
13562257       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 10 2019 03:19:55      Jefferson Capital Systems,
               16 Mcleland Rd,   Saint Cloud, MN 56303
13619895       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 10 2019 03:19:56      Jefferson Capital Systems LLC,
               Po Box 7999,   Saint Cloud Mn 56302-9617
13646256       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 10 2019 03:28:15
               LVNV Funding, LLC its successors and assigns as,    assignee of Bluestem Brands, Inc.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0313-2               User: dlv                  Page 3 of 4                  Date Rcvd: Oct 09, 2019
                                   Form ID: pdf900            Total Noticed: 114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13562264       +E-mail/Text: BKRMailOps@weltman.com Oct 10 2019 03:19:54      Midland Funding LLC,
                 c/o Weltman, Weinberg & Reis Co., LPA,    325 Chestnut Street, Suite 501,
                 Philadelphia, PA 19106-2605
13562265       +E-mail/Text: bankruptcy@sccompanies.com Oct 10 2019 03:20:13      Montgomery Ward,
                 1112 7th Ave,    Monroe, WI 53566-1364
13585969       +E-mail/Text: bankruptcy@sccompanies.com Oct 10 2019 03:20:13      Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
13562266       +E-mail/Text: Bankruptcies@nragroup.com Oct 10 2019 03:20:12      National Recovery Agen,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13625010        E-mail/Text: peritus@ebn.phinsolutions.com Oct 10 2019 03:20:11
                 PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,   Irving, Tx 75014-1419
13562271        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2019 03:28:46
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502
13562270        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2019 03:29:27
                 Portfolio Recovery,    Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
13562267       +E-mail/Text: bkrnotice@prgmail.com Oct 10 2019 03:19:52      Paragon Revenue Group,
                 216 Le Phillip Court,    Concord, NC 28025-2954
13562268       +E-mail/Text: bkrnotice@prgmail.com Oct 10 2019 03:19:52      Paragon Revenue Group,   PO BOX 127,
                 Concord, NC 28026-0127
13619890       +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 10 2019 03:19:55      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
13562272       +E-mail/Text: legal@castlecredit.com Oct 10 2019 03:20:12      Prime Acceptance Corp,
                 200 West Jackson St.,    Suite 710,   Chicago, IL 60606-6941
13562273       +E-mail/Text: legal@castlecredit.com Oct 10 2019 03:20:12      Prime Acceptance Corp,
                 200 W Jackson Blve Ste 7,    Chicago, IL 60606-6941
13562276       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 10 2019 03:29:28      Regional Acceptance Co,
                 304 Kellm Road,    Virginia Beach, VA 23462-2712
13562278       +E-mail/Text: bankruptcy@sccompanies.com Oct 10 2019 03:20:13      Seventh Ave,   1112 7th Ave,
                 Monroe, WI 53566-1364
13562280       +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2019 03:28:09      Syncb/home Design Furn,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
13573872       +E-mail/Text: electronicbkydocs@nelnet.net Oct 10 2019 03:19:54      U.S. Department of Education,
                 C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
13562283       +E-mail/Text: External.Collections@phoenix.edu Oct 10 2019 03:20:09      University Of Phoenix,
                 4025 S Riverpoint Parkway,    Phoenix, AZ 85040-1908
13562284       +E-mail/Text: bnc-bluestem@quantum3group.com Oct 10 2019 03:20:09      Webbank/fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
13562285       +E-mail/Text: bnc-bluestem@quantum3group.com Oct 10 2019 03:20:09      Webbank/fingerhut Fres,
                 6250 Ridgewood Road,    St Cloud, MN 56303-0820
13562286       +E-mail/Text: ebn@wfcorp.com Oct 10 2019 03:20:12      Williams & Fudge Inc,   300 Chatham Avenue,
                 Rock Hill, SC 29730-4986
13562287       +E-mail/Text: ebn@wfcorp.com Oct 10 2019 03:20:12      Williams & Fudge, Inc.,
                 300 Chatam Avenue,    PO BOX 11590,   Rock Hill, SC 29731-1590
                                                                                              TOTAL: 64

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            PERITUS PORTFOLIO SERVICES II, LLC,    PO BOX 141419,   Irving, Tx  75014-1419
13562184*     +Allied Interstate LLC,    PO BOX 361445,   Columbus, OH 43236-1445
13562186*     +American General Financial/Springleaf Fi,    Springleaf Financial/Attn: Bankruptcy De,
                 Po Box 3251,   Evansville, IN 47731-3251
13562188*     +American General Financial/Springleaf Fi,    Po Box 4276,   Hamilton Towns, NJ 08610-0276
13562191*     +Ars /Account Resolution Services,    1801 Nw 66th Ave,   Fort Lauderdal, FL 33313-4571
13562208*    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court:  Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
13562199*     +Capital Accounts,    Po Box 140065,   Nashville, TN 37214-0065
13562204*     +Capital One,    Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
13562220*     +City Of Trenton Credit,    319 E State St,   Trenton, NJ 08608-1809
13562230*     +Dept Of Education/neln,    121 S 13th St,   Lincoln, NE 68508-1904
13562236*     +Eastern Account System INC.,    75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
13562237*     +Eastern Account System INC.,    75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
13562233*     +Eastern Account System INC.,    Attn: Bankruptcy Dept.,   Po Box 837,   Newtown, CT 06470-0837
13562234*     +Eastern Account System INC.,    Attn: Bankruptcy Dept.,   Po Box 837,   Newtown, CT 06470-0837
13562244*     +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13562246*     +First Premier Bank,    3820 N Louise Ave,   Sioux Falls, SD 57107-0145
13562253*     +Gm Financial,    Po Box 181145,   Arlington, TX 76096-1145
13562261*     +Mariner Finance,    2465 South Broad Street,   Unit F-6,   Trenton, NJ 08610-4700
13562260*     +Mariner Finance,    2465 South Broad Street, Unit F-6,   Trenton, NJ 08610-4700
13562288*     +Williams & Fudge, Inc.,    300 Chatam Avenue,   PO BOX 11590,   Rock Hill, SC 29731-1590
13562235     ##+Eastern Account System INC.,    75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
                                                                                   TOTALS: 0, * 20, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: dlv              Page 4 of 4            Date Rcvd: Oct 09, 2019
                              Form ID: pdf900        Total Noticed: 114
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2019 at the address(es) listed below:

```
          JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pingora Loan Servicing Inc bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Pingora Loan Servicing Inc bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Pingora Loan Servicing Inc bkgroup@kmllawgroup.com
          STEPHEN MATTHEW DUNNE    on behalf of Joint Debtor Tabitha L Tkacs bestcasestephen@gmail.com,
           dunnesr74587@notify.bestcase.com
          STEPHEN MATTHEW DUNNE    on behalf of Debtor Michael W. Tkacs bestcasestephen@gmail.com,
           dunnesr74587@notify.bestcase.com
          THOMAS I. PULEO    on behalf of Creditor    Pingora Loan Servicing Inc tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Mariner Finance ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>MICHAEL W. TKACS<br>TABITHA L. TKACS | Chapter 13 |
| **Debtor** | Bankruptcy No. 15-14981-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 8, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-


Debtor:
MICHAEL W. TKACS
TABITHA L. TKACS
197 SEMINOLE AVENUE

NORWOOD, PA 19074